Andre YOUNG, Plaintiff–Appellant,

v.

Patricia CUSHWA, Chairperson, Maryland Parole Commission, sued in her official and individual capacity; Frank Pappas, Commissioner, Maryland Parole Commission, sued in his official and individual capacity; Norman Germino, Commissioner, Maryland Parole Commission, sued in his official and individual capacity; Stuart O. Simms, Secretary, Public Safety and Correctional Services, sued in his official and individual capacity; William W. Sondervan, Ed. D., Commissioner, Maryland Division of Corrections, sued in his official and individual capacity; Alexander Francis, Warden, Maryland Correctional Pre Release System, sued in his official and individual capacity, Defendants–Appellees.

No. 00–7332.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2001.

Decided March 8, 2001.

Andre Young, pro se.

John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellees.

250

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Andre Young appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Young's motion to consolidate and his motion for appointment of counsel, and affirm on the reasoning of the district court. *See Young v. Cushwa,* No. CA–00–77–AW (D. Md. filed Aug. 30; entered Aug. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*